No. 99–1004. MICHELFELDER v. THOMAS JEFFERSON UNIVERSITY ET AL., 528 U. S. 1158;

No. 99–1104. WHITE ET UX. v. SECURITY PACIFIC FINANCIAL SERVICES, INC., 528 U. S. 1160;

No. 99–1121. LUNA v. COUNTY OF SAN BERNARDINO ET AL., 528 U. S. 1161;

No. 99–1130. CLANTON v. TOWNSHIP OF REDFORD, ante, p. 1004;

No. 99–1135. CHAPPELL, IN INTEREST OF A. M. K. v. MEESE ET AL., 528 U. S. 1189;

No. 99–1322. COWHIG v. CALDERA, SECRETARY OF THE ARMY, ante, p. 1005;

No. 99–5279. SMITH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 528 U. S. 896;

No. 99–7307. BECKHAM v. CAIN, WARDEN, 528 U. S. 1166;

No. 99–7329. SILO v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, 528 U. S. 1128;

No. 99–7700. COOMBS v. PENNSYLVANIA, ante, p. 1008;

No. 99–7737. CALHOUN v. DETELLA, WARDEN, ET AL., ante, p. 1009; and

No. 99–7754. ABBEY v. ROBERT BOSCH GMBH ET AL., ante, p. 1009. Petitions for rehearing denied.

No. 98–1109. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. ILLINOIS COUNCIL ON LONG TERM CARE, INC., ante, p. 1. Petition for rehearing or, in the alternative, to modify the opinion denied.

APRIL 26, 2000

No. 99–9212 (99A874). IN RE BOYD. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

APRIL 27, 2000

No. 99–1508. RAYONIER INC. v. BEAVER; and RAYONIER INC. v. BLANTON. C. A. 11th Cir. Certiorari dismissed under this